# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40276
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2018

Lyle W. Cayce
Clerk

ADELA RIVERA, Administrator of the Estate of Rafael Pena

Plaintiff

v.

GUERRA & MOORE LIMITED, L.L.P.

Defendants-Appellees

v.

AYSSA CANTU; ROXANNE CANTU; SANDRA DIAZ

Defendants-Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:17-CV-387

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.